**ALCOHOL MONITORING SYSTEMS, INC., Plaintiff–Appellant,**

v.

**ACTSOFT, INC., Ohio House Monitoring Systems, Inc. and U.S. Home Detention Systems and Equipment, Inc., Defendants–Appellees.**

No. 2012–1066.

United States Court of Appeals, Federal Circuit.

March 1, 2013.

Michael G. Martin, Lathrop & Gage LLP, of Denver, CO, argued for plaintiff-appellant. With him on the brief were Philip S. Lorenzo and James E. Dallner.

Kyle B. Fleming, Renner, Otto, Boisselle & Sklar, LLP, of Cleveland, OH, argued for defendant-appellee. With him on the brief were Todd R. Tucker and Nicholas J. Gingo, for Actsoft, Inc., et al. Of counsel on the brief were Richard E. Fee and Kathleen M. Wade, Fee & Jeffries P.A., of Tampa, FL, for Actsoft, Inc.

PROST, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**